United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 16-17190-sr
Edward Papale    Chapter 13
Margaret Papale
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Lisa    Page 1 of 2    Date Rcvd: Dec 09, 2016
    Form ID: 309I    Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2016.
```
db/jdb         +Edward Papale,    Margaret Papale,    2713 Winchester Avenue,    Philadelphia, PA 19152-2122
tr             +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
                 Reading, PA 19606-0410
13806160       +Beneficial Mutual Savings,    Beneficial Mutual Savings,    530 Walnut St., Attn: Bankruptcy,
                 Philadelphia, PA 19106-3624
13806162       +Capital One Na,    Attn: Bankruptcy Dept,    P.O. Box 30258,    Salt Lake City, UT 84130-0258
13806164       +Citibank,    Centalized Bankruptcy/Citicorp Credit,    P.O. Box 790040,
                 Sanit Louis, MO 63179-0040
13806165       +Citibank Sears,    Citicorp Credit Srvs/Centralized Bankrup,    P.O. Box 790040,
                 Saint Louis, MO 63179-0040
13809089       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13806175       +Tidewater Finance Co,    P.O. Box 41067,    Norfolk, VA 23541-1067
13806176       +US Dept of Ed/Great Lakes Educational,    2401 International,    Madison, WI 53704-3121
13806177       +Visa Dept Store National Bank,    Attn: Bankruptcy,    P.O. Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: brad@sadeklaw.com Dec 10 2016 01:52:22      BRAD J. SADEK,    Sadek and Cooper,
                 1315 Walnut Street,    Suite 502,    Philadelphia, PA  19107
smg             E-mail/Text: bankruptcy@phila.gov Dec 10 2016 01:53:46      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 10 2016 01:52:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 10 2016 01:53:37      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 10 2016 01:53:18      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13806158       +EDI: BANKAMER.COM Dec 10 2016 01:38:00      Bank Of America,    Nc4-105-03-14,    P.O. Box 26012,
                 Greensboro, NC 27420-6012
13806159       +EDI: TSYS2.COM Dec 10 2016 01:38:00      Barclays Bank Delaware,    P.O. Box 8801,
                 Wilmington, DE 19899-8801
13806161       +EDI: CAPITALONE.COM Dec 10 2016 01:38:00      Capital One,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
13806163       +EDI: CHASE.COM Dec 10 2016 01:38:00      Chase Card Services,    Attn: Correspondence Dept,
                 P.O. Box 15298,    Wilmington, DE 19850-5298
13806166        EDI: WFNNB.COM Dec 10 2016 01:38:00      Comenity Bank,    P.O. Box 18215,    Columbus, OH 43218
13806167       +EDI: RCSFNBMARIN.COM Dec 10 2016 01:38:00      Credit One Bank NA,    P.O. Box 98873,
                 Las Vegas, NV 89193-8873
13806168        EDI: RCSDELL.COM Dec 10 2016 01:38:00      Dell Financial Services,    Bankrupcty,    1 Dell Way,
                 Round Rock, TX 78682
13806169       +EDI: IRS.COM Dec 10 2016 01:38:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13806170       +EDI: MERRICKBANK.COM Dec 10 2016 01:38:00      Merrick Bank,    P.O. Box 23356,
                 Pittsburg, PA 15222-6356
13806171       +EDI: NAVIENTFKASMSERV.COM Dec 10 2016 01:38:00      Navient,    Attn: Claims Dept,
                 P.O. Box 9500,    Wilkes- Barr, PA 18773-9500
13806172       +EDI: RMSC.COM Dec 10 2016 01:38:00      Synchrony Bank,    P.O. Box 965064,
                 Orlando, FL 32896-5064
13806174       +EDI: CHRYSLER.COM Dec 10 2016 01:38:00      TD Auto Financial,    P.O. Box 9223,
                 Farmington Hills, MI 48333-9223
13828080        E-mail/Text: tidewaterlegalebn@twcs.com Dec 10 2016 01:52:32      Tidewater Finance Company,
                 P.O. Box 13306,    Chesapeake, VA 23325
13806173       +EDI: WTRRNBANK.COM Dec 10 2016 01:38:00      Target National Bank,
                 C/O Financial & Retail Services,    Mailstop BV  PO Box 9475,    Minneapolis, MN 55440-9475
13822946        EDI: WFFC.COM Dec 10 2016 01:38:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                 PO Box 19657,    Irvine CA   92623-9657
13806178       +EDI: WFFC.COM Dec 10 2016 01:38:00      Wells Fargo Dealer Services,    P.O. Box 3569,
                 Rancho Cucamonga, CA 91729-3569
                                                                                               TOTAL: 21
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Lisa                 Page 2 of 2              Date Rcvd: Dec 09, 2016
                              Form ID: 309I              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2016 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Joint Debtor Margaret   Papale brad@sadeklaw.com
              BRAD J. SADEK    on behalf of Debtor Edward   Papale brad@sadeklaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-26CB,
               MORTGAGE PASS-THROUGH CERTIFICATES,SERIES 2006-26CB bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Edward Papale** | Social Security number or ITIN  **xxx–xx–3612** |
|  | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Margaret Papale** | Social Security number or ITIN  **xxx–xx–6666** |
|  | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **13   10/11/16** |
| Case number: | **16–17190–sr** | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                     12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Edward Papale | Margaret Papale |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2713 Winchester Avenue<br>Philadelphia, PA 19152 | 2713 Winchester Avenue<br>Philadelphia, PA 19152 |
| 4. | **Debtor's attorney**<br>Name and address | BRAD J. SADEK<br>Sadek and Cooper<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107 | Contact phone 215–545–0008<br>Email:  brad@sadeklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone 610–779–1313<br>Email:  ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours:  Philadelphia Office ––<br>8:30 A.M. to 5:00 P.M Reading Office<br>–– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br>Date: 12/9/16 |

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 13, 2017 at 1:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/14/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/13/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/9/17** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $365.00 per month for 60 months. The hearing on confirmation will be held on:<br>**2/22/17** at **10:00 AM**, Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |