United States Bankruptcy Court
Eastern District of Pennsylvania

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 16-17190-jkf
Edward Papale　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
Margaret Papale
　　　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: JEGilmore　　　　Page 1 of 1　　　　Date Rcvd: Mar 17, 2020
　　　　　　　　　　　　　Form ID: trc　　　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2020.
13901580　　　　+The Bank of New York Mellon, et al,　c/o ShellPoint Mortgage Servicing,
　　　　　　55 Beattie Place, Suite 100,　Greenville, SC 29601-2137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2020　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2020 at the address(es) listed below:
　　　　　BRAD J. SADEK　　on behalf of Joint Debtor Margaret　Papale brad@sadeklaw.com,　bradsadek@gmail.com
　　　　　BRAD J. SADEK　　on behalf of Debtor Edward　Papale brad@sadeklaw.com,　bradsadek@gmail.com
　　　　　JOSHUA ISAAC GOLDMAN　　on behalf of Creditor　　THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
　　　　　　YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-26CB,
　　　　　　MORTGAGE PASS-THROUGH CERTIFICATES,SERIES 2006-26CB bkgroup@kmllawgroup.com,
　　　　　　bkgroup@kmllawgroup.com
　　　　　MARTIN A. MOONEY　　on behalf of Creditor　　TD Auto Finance LLC lgadomski@schillerknapp.com,
　　　　　　kcollins@schillerknapp.com
　　　　　POLLY A. LANGDON　　on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
　　　　　REBECCA ANN SOLARZ　　on behalf of Creditor　　THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
　　　　　　YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-26CB,
　　　　　　MORTGAGE PASS-THROUGH CERTIFICATES,SERIES 2006-26CB bkgroup@kmllawgroup.com
　　　　　REBECCA ANN SOLARZ　　on behalf of Creditor　　THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
　　　　　　AS TRUSTEE FOR THE CERTIFICATEHOLDERS Et Al... bkgroup@kmllawgroup.com
　　　　　SCOTT F. WATERMAN (Chapter 13)　　ECFMail@ReadingCh13.com
　　　　　THOMAS I. PULEO　　on behalf of Creditor　　THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
　　　　　　AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-26CB, MORTGAGE
　　　　　　PASS-THROUGH CERTIFICATES,SERIES 2006-26CB tpuleo@kmllawgroup.com,　bkgroup@kmllawgroup.com
　　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 10

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-17190-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Edward Papale<br>2713 Winchester Avenue<br>Philadelphia PA 19152 | Margaret Papale<br>2713 Winchester Avenue<br>Philadelphia PA 19152 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/17/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 24: The Bank of New York Mellon, et al, c/o ShellPoint Mortgage Servicing, 55 Beattie Place, Suite 100, Greenville, SC 29601-2743 | Bank of America, N.A.<br>P.O. Box 660933<br>Dallas, TX 75266-0933 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/19/20

Tim McGrath
**CLERK OF THE COURT**