Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 16-17190-AMC

EDWARD PAPALE  
MARGARET PAPALE  
2713 WINCHESTER AVENUE  
PHILADELPHIA  PA   19152

Petition Filed Date: 10/11/2016  
341 Hearing Date: 01/13/2017  
Confirmation Date: 05/24/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2019 | $365.00 | | 02/11/2019 | $365.00 | | 03/11/2019 | $365.00 | |
| 04/09/2019 | $365.00 | | 05/09/2019 | $365.00 | | 06/10/2019 | $365.00 | |
| 07/11/2019 | $365.00 | | 08/08/2019 | $365.00 | | 09/16/2019 | $367.00 | Automatic Payr |
| 10/17/2019 | $367.00 | | 11/19/2019 | $367.00 | | 12/16/2019 | $367.00 | |
| 01/16/2020 | $367.00 | | 02/18/2020 | $367.00 | | 03/16/2020 | $367.00 | |
| 04/16/2020 | $367.00 | | 05/18/2020 | $367.00 | | 06/16/2020 | $367.00 | |
| 07/16/2020 | $367.00 | | | | | | | |

**Total Receipts for the Period: $6,957.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $16,447.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | QUANTUM3 GROUP LLC as agent for »»  005 | Unsecured Creditors | $1,713.47 | $313.13 | $1,400.34 |
| 8 | QUANTUM3 GROUP LLC as agent for »»  008 | Unsecured Creditors | $690.61 | $131.58 | $559.03 |
| 15 | DEPARTMENT STORE NATIONAL BANK »»  015 | Unsecured Creditors | $2,285.41 | $435.45 | $1,849.96 |
| 3 | UNITED STATES TREASURY (IRS) »»  03P | Priority Crediors | $1,749.63 | $1,749.63 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS) »»  03U | Unsecured Creditors | $61.20 | $0.00 | $61.20 |
| 9 | LVNV FUNDING LLC »»  009 | Unsecured Creditors | $1,414.94 | $258.56 | $1,156.38 |
| 10 | LVNV FUNDING LLC »»  010 | Unsecured Creditors | $1,044.61 | $190.90 | $853.71 |
| 6 | MERRICK BANK »»  006 | Unsecured Creditors | $956.08 | $182.23 | $773.85 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »»  011 | Unsecured Creditors | $2,325.88 | $443.17 | $1,882.71 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »»  012 | Unsecured Creditors | $1,436.62 | $262.51 | $1,174.11 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »»  013 | Unsecured Creditors | $322.34 | $61.39 | $260.95 |
| 16 | CITY OF PHILADELPHIA (LD) »»  016 | Secured Creditors | $149.70 | $149.70 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »»  017 | Unsecured Creditors | $867.15 | $165.25 | $701.90 |

**Chapter 13 Case No. 16-17190-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $238.52 | $32.31 | $206.21 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $1,328.08 | $242.65 | $1,085.43 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $2,556.33 | $487.12 | $2,069.21 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $1,238.14 | $226.27 | $1,011.87 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 022 | Unsecured Creditors | $3,514.50 | $669.63 | $2,844.87 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $1,139.09 | $208.20 | $930.89 |
| 24 | BANK OF AMERICA N.A. »» 024 | Mortgage Arrears | $2,262.72 | $2,262.72 | $0.00 |
| 4 | TD AUTO FINANCE »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | TD BANK USA NA »» 014 | Unsecured Creditors | $1,199.98 | $219.25 | $980.73 |
| 2 | TIDEWATER FINANCE COMPANY »» 002 | Unsecured Creditors | $237.56 | $32.18 | $205.38 |
| 7 | US DEPARTMENT OF EDUCATION »» 007 | Unsecured Creditors | $17,713.92 | $3,375.30 | $14,338.62 |
| 1 | WELLS FARGO DEALER SERVICES »» 001 | Secured Creditors | $2,882.47 | $0.00 | $2,882.47 |
| 25 | BRAD J SADEK ESQ »» 025 | Attorney Fees | $2,789.00 | $2,789.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,447.00 | Current Monthly Payment: | $365.00 |
| Paid to Claims: | $14,888.13 | Arrearages: | $343.00 |
| Paid to Trustee: | $1,439.04 | Total Plan Base: | $21,900.00 |
| Funds on Hand: | $119.83 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.