| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 16-17190-AMC**

EDWARD PAPALE
MARGARET PAPALE
2713 WINCHESTER AVENUE
PHILADELPHIA  PA    19152

Petition Filed Date: 10/11/2016
341 Hearing Date: 01/13/2017
Confirmation Date: 05/24/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2020 | $367.00 | | 02/18/2020 | $367.00 | | 03/16/2020 | $367.00 | |
| 04/16/2020 | $367.00 | | 05/18/2020 | $367.00 | | 06/16/2020 | $367.00 | |
| 07/16/2020 | $367.00 | | 08/17/2020 | $367.00 | | 09/16/2020 | $367.00 | |
| 10/19/2020 | $367.00 | | 11/17/2020 | $367.00 | | 12/16/2020 | $367.00 | |
| 01/19/2021 | $367.00 | | 02/17/2021 | $367.00 | | 03/16/2021 | $367.00 | |
| 04/16/2021 | $367.00 | | 05/17/2021 | $367.00 | | | | |

**Total Receipts for the Period:  $6,239.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $20,117.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | QUANTUM3 GROUP LLC as agent for<br>»»  005 | Unsecured Creditors | $1,713.47 | $450.10 | $1,263.37 |
| 8 | QUANTUM3 GROUP LLC as agent for<br>»»  008 | Unsecured Creditors | $690.61 | $181.36 | $509.25 |
| 15 | DEPARTMENT STORE NATIONAL BANK<br>»»  015 | Unsecured Creditors | $2,285.41 | $618.15 | $1,667.26 |
| 3 | UNITED STATES TREASURY (IRS)<br>»»  03P | Priority Crediors | $1,749.63 | $1,749.63 | $0.00 |
| 3 | UNITED STATES TREASURY (IRS)<br>»»  03U | Unsecured Creditors | $61.20 | $15.45 | $45.75 |
| 9 | LVNV FUNDING LLC<br>»»  009 | Unsecured Creditors | $1,414.94 | $371.65 | $1,043.29 |
| 10 | LVNV FUNDING LLC<br>»»  010 | Unsecured Creditors | $1,044.61 | $274.39 | $770.22 |
| 6 | MERRICK BANK<br>»»  006 | Unsecured Creditors | $956.08 | $251.21 | $704.87 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  011 | Unsecured Creditors | $2,325.88 | $629.07 | $1,696.81 |
| 12 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  012 | Unsecured Creditors | $1,436.62 | $377.37 | $1,059.25 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  013 | Unsecured Creditors | $322.34 | $76.83 | $245.51 |
| 16 | CITY OF PHILADELPHIA (LD)<br>»»  016 | Secured Creditors | $149.70 | $149.70 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  017 | Unsecured Creditors | $867.15 | $227.79 | $639.36 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  018 | Unsecured Creditors | $238.52 | $64.51 | $174.01 |

Chapter 13 Case No. 16-17190-AMC

| | | | | | |
|---|---|---|---|---|---|
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $1,328.08 | $348.82 | $979.26 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $2,556.33 | $691.44 | $1,864.89 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $1,238.14 | $325.21 | $912.93 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 022 | Unsecured Creditors | $3,514.50 | $950.58 | $2,563.92 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $1,139.09 | $299.23 | $839.86 |
| 24 | BANK OF AMERICA N.A. »» 024 | Mortgage Arrears | $2,262.72 | $2,262.72 | $0.00 |
| 4 | TD AUTO FINANCE LLC »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | TD BANK USA NA »» 014 | Unsecured Creditors | $1,199.98 | $315.19 | $884.79 |
| 2 | TIDEWATER FINANCE COMPANY »» 002 | Unsecured Creditors | $237.56 | $64.28 | $173.28 |
| 7 | US DEPARTMENT OF EDUCATION »» 007 | Unsecured Creditors | $17,713.92 | $4,791.28 | $12,922.64 |
| 1 | WELLS FARGO DEALER SERVICES »» 001 | Secured Creditors | $2,882.47 | $0.00 | $2,882.47 |
| 25 | BRAD J SADEK ESQ »» 025 | Attorney Fees | $2,789.00 | $2,789.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,117.00 | Current Monthly Payment: | $365.00 |
| Paid to Claims: | $18,274.96 | Arrearages: | ($42.00) |
| Paid to Trustee: | $1,728.97 | Total Plan Base: | $21,900.00 |
| Funds on Hand: | $113.07 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.