United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 16-17190-amc

Edward Papale     Chapter 13

Margaret Papale

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Oct 28, 2021     Form ID: 138OBJ     Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edward Papale, Margaret Papale, 2713 Winchester Avenue, Philadelphia, PA 19152-2122 |
| 13806158 | + | Bank Of America, Nc4-105-03-14, P.O. Box 26012, Greensboro, NC 27420-6012 |
| 14484711 | | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 13806159 | + | Barclays Bank Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 13806160 | + | Beneficial Mutual Savings, Beneficial Mutual Savings, 530 Walnut St., Attn: Bankruptcy, Philadelphia, PA 19106-3624 |
| 13837636 | + | TD Auto Finance LLC, c/o Schiller, Knapp, Lefkowitz, & Hertzel, LLP, 950 New Loudon Road, Suite 109, Latham, NY 12110-2190 |
| 13837638 | + | TD Auto Finance, LLC, Trustee Payment Department, PO Box 16041, Lewiston, ME 04243-9523 |
| 13806174 | + | TD Auto Financial, P.O. Box 9223, Farmington Hills, MI 48333-9223 |
| 14477420 | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13806173 | + | Target National Bank, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 13901580 | + | The Bank of New York Mellon, et al, c/o ShellPoint Mortgage Servicing, 55 Beattie Place, Suite 100, Greenville, SC 29601-2137 |
| 13806175 | + | Tidewater Finance Co, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 13855939 | | US Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |
| 13806176 | + | US Dept of Ed/Great Lakes Educational, 2401 International, Madison, WI 53704-3121 |
| 13822946 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine CA 92623-9657 |
| 13806178 | + | Wells Fargo Dealer Services, P.O. Box 3569, Rancho Cucamonga, CA 91729-3569 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 28 2021 08:06:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2021 08:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 28 2021 08:06:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13895392 | | Email/Text: megan.harper@phila.gov | Oct 28 2021 08:06:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13806161 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2021 08:16:27 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13806162 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2021 08:16:25 | Capital One Na, Attn: Bankruptcy Dept, P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 13806164 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2021 08:16:29 | Citibank, Centalized Bankruptcy/Citicorp Credit, P.O. Box 790040, Sanit Louis, MO 63179-0040 |
| 13806165 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2021 08:26:34 | Citibank Sears, Citicorp Credit Srvs/Centralized Bankrup, P.O. Box 790040, Saint Louis, MO 63179-0040 |

| | | | | |
|---|---|---|---|---|
| 13806166 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2021 08:06:00 | Comenity Bank, P.O. Box 18215, Columbus, OH 43218 |
| 13806167 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 28 2021 08:16:24 | Credit One Bank NA, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 13806168 | | Email/PDF: DellBKNotifications@resurgent.com | Oct 28 2021 08:16:24 | Dell Financial Services, Bankrupcty, 1 Dell Way, Round Rock, TX 78682 |
| 13890367 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2021 08:06:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13806169 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2021 08:06:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13806163 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 28 2021 08:16:25 | Chase Card Services, Attn: Correspondence Dept, P.O. Box 15298, Wilmington, DE 19850 |
| 13864685 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2021 08:16:24 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13855269 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2021 08:16:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 13881394 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2021 08:06:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13806170 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2021 08:16:28 | Merrick Bank, P.O. Box 23356, Pittsburg, PA 15222-6356 |
| 13806171 | + | Email/PDF: pa_dc_claims@navient.com | Oct 28 2021 08:16:28 | Navient, Attn: Claims Dept, P.O. Box 9500, Wilkes- Barr, PA 18773-9500 |
| 13901233 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2021 08:16:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13809089 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 28 2021 08:16:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13839376 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2021 08:06:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 13806172 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2021 08:16:26 | Synchrony Bank, P.O. Box 965064, Orlando, FL 32896-5064 |
| 13883431 | + | Email/Text: bncmail@w-legal.com | Oct 28 2021 08:06:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13828080 | | Email/Text: tidewaterlegalebn@twcs.com | Oct 28 2021 08:06:00 | Tidewater Finance Company, P.O. Box 13306, Chesapeake, VA 23325 |
| 13806177 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2021 08:16:24 | Visa Dept Store National Bank, Attn: Bankruptcy, P.O. Box 8053, Mason, OH 45040-8053 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2021 | Form ID: 138OBJ | Total Noticed: 42 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2021 at the address(es) listed below:**

**Name**    **Email Address**

BRAD J. SADEK
  on behalf of Joint Debtor Margaret Papale brad@sadeklaw.com
  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

BRAD J. SADEK
  on behalf of Debtor Edward Papale brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

JOSHUA I. GOLDMAN
  on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-26CB, MORTGAGE PASS-THROUGH CERTIFICATES,SERIES 2006-26CB Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

MARTIN A. MOONEY
  on behalf of Creditor TD Auto Finance LLC lgadomski@schillerknapp.com  kcollins@schillerknapp.com

POLLY A. LANGDON
  on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
  on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-26CB, MORTGAGE PASS-THROUGH CERTIFICATES,SERIES 2006-26CB bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
  on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS Et Al... bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
  ECFMail@ReadingCh13.com

THOMAS I. PULEO
  on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-26CB, MORTGAGE PASS-THROUGH CERTIFICATES,SERIES 2006-26CB tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Edward Papale and Margaret Papale
    Debtor(s)

Case No: 16−17190−amc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/27/21